WILLIAM S. WEBB, Respondent, v., GEORGE N. HAN-
SON, Appellant.

No appeal lies from the judgment of a District Court, on an appeal from an
order of the Court of Sessions, upon an application of a ferry license.

APPEAL from the Tenth Judicial District, Yuba County.

Webb petitioned the Court of Sessions of Yuba County for a
ferry license across Feather River, near Yuba City, stating that
he was "the owner, or" had a possessory right to the land on
both sides; and that he had given the notices required. The
Court granted the petition, authorizing the applicant to collect
specified tolls; from which order the appellant and one Bayless
appealed to the District Court, and filed a written opposition,
denying the petition, and stating that they each held a several
license to run a ferry within one mile of the place where Webb
sought to have a ferry. The cause was tried by a jury in the
District Court, and evidence given on both sides, as to the utility
of the proposed ferry, &c. A motion by the appellants for a
nonsuit, was denied; and several instructions asked by them
were refused. The jury found that the proposed ferry was
required by the public convenience; that the land where it was
sought to be established, was public land; that the applicant was
a suitable person to keep a ferry; and that notices of his appli-
cation had been set up in three of the most public places of the
township, thirty days before the order of the Court of Sessions.
The Court overruled a motion by the appellants for a new trial;
and affirmed the order of the Court of Sessions. Hanson
appealed to this Court.

Wm. Walker, for the appellant. 1st. As this case involves
the legality of tolls, an appeal lies to this Court. 2nd. The re-
spondent did not show a compliance with the law regulating the
granting of ferry licenses.

P. A. Morse, for the respondent. 1st. This Court has no
jurisdiction of the cause. No appeal is given in a case like the
present. 2nd. The judgment is right.

Justice Murray delivered the opinion of the Court. This is an appeal from a judgment, affirming an order of the Court of Sessions of Yuba county, granting the respondent a right of ferry. Cognisance of these matters is given by law to the Court of Sessions; and their action may be reviewed by the District Court. No appeal is provided, in such cases, from the judgment of the District Court. The record does not show that the judgment was rendered in a suit for "a tax, toll, impost, or municipal fine;" nor that the amount exceeds $200. So that, there being no statutory provision for an appeal, and the case not falling within the constitutional provision, this Court has no jurisdiction over the matter.

The appeal is dismissed.

The appellant filed a petition for a rehearing. The petition was overruled at the ensuing term.